UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC CHU,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:26-cv-00808-GMN-MDC

**ORDER**

In this habeas corpus action, the petitioner, Eric Chu, who is represented by appointed counsel, was to file an amended petition for writ of habeas corpus by July 16, 2026. *See* ECF No. 8 (filed April 17, 2026, giving Chu 90 days to file amended petition). On July 16, Chu filed a motion for extension of time requesting a 90-day extension, to October 14, 2026. ECF No. 11. Chu's counsel states that the extension is necessary because of the time it is taking to organize and examine the record and meet with Chu. Chu's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will grant the extension of time as requested.

In granting this extension of time, the Court expresses no opinion regarding, and does not mean to affect in any way, the operation of any statute of limitations.

///

///

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 11) is **GRANTED**. Petitioner will have until and including **October 14, 2026**, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered April 17, 2026 (ECF No. 8) will remain in effect.

DATED THIS 17 day of July, 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE